# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs                                         3:20-CR-00019-2-DPM

**JASON BREWER,**

    **Defendant.**

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant Jason Brewer, concerning their financial ability to employ counsel, Jason Brewer is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Lea Ellen Fowler is appointed to represent Jason Brewer in all further proceedings.

IT IS SO ORDERED this date of 6/25/2020.

                                                          /s/ Jerome T Kearney

                                                          _____

                                                          UNITED STATES MAGISTRATE JUDGE