*USMS E/AR 11'20*

JUN 1 1 2020

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 3 0 2020

JAMES W. McCORMACK, CLERK

By: _____
                    DEP CLERK

UNITED STATES OF AMERICA

VS.                                        NO.  3:20CR00019-02 DPM

JASON BREWER
|| 30534

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Stone County Detention Center and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of JASON BREWER Booking # 9671 detained

in the Stone County Detention Center, 1009 Sheriffs Drive, Mountain View, Arkansas 72560 in

your custody, under safe and secure conduct, to the custody of the United States Marshal for the

Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant

before this Court on June 25, 2020 at 2:00 p.m., before the Honorable Jerome T. Kearney, and

after the proceedings have been concluded, that you return JASON BREWER to Stone County

Detention Center under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 11 June 2020.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY.
JAMES W. McCORMACK, CLERK

By _____ D.C.

To VB  6-18-20
    RT  6-25
    P/U  6-26

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED

(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:

(NAME) _____ Jason Brewer _____

FROM _Stone_ TO _VB_

ON THIS DATE _6-18-20_

DEPUTY SIGNATURE AND DISTRICT:

_P.P.   E/Ar_

---

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED

(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:

(NAME) _____ Jason Brewer _____

FROM _VB_ TO _Stone_

ON THIS DATE _6-25-20_

DEPUTY SIGNATURE AND DISTRICT:

_____

---

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED

(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:

(NAME) _____ Brewer _____

FROM _Stone_ TO _VB_

ON THIS DATE _6-26-20_   _RC detainer_

DEPUTY SIGNATURE AND DISTRICT:

_P.P   E/Ar_

---

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED

(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:

(NAME)_____

FROM _____ TO _____

ON THIS DATE _____

DEPUTY SIGNATURE AND DISTRICT:

_____

---

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED

(IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:

(NAME)_____

FROM _____ TO _____

ON THIS DATE _____

DEPUTY SIGNATURE AND DISTRICT:

_____