**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MEMORANDUM                JUN 3 0 2020

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　　DEP CLERK

**DATE:**    6/30/2020

**TO:**      Criminal Docket Clerk

**FROM:**    Carrie Young
             U.S. Marshals Service

| | |
|---|---|
| <u>6/26/2020</u><br>(Date) | Deft. taken into U.S. Marshal Service custody on a detainer from <u>Stone County</u> |
| _____<br>(Date) | Deft. taken into U.S. Marshal Service custody on a Warrant of Removal. |
| _____<br>(Date) | Deft. taken into U.S. Marshal Service custody on a Return Psychiatric Study. |
| _____<br>(Date) | Deft. returned to custody of _____ (State) |
| _____<br>(Date) | Deft. returned to custody of _____ (Another District) |

**CASE NO.:** <u>3:20-CR-19-02 DPM</u>
**DEFENDANT'S NAME:** <u>Jason Brewer</u>